## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

### JUDGE PHILIP A. BRIMMER

### COURTROOM MINUTES

---

Courtroom Deputy: Kathy Preuitt-Parks          Date: July 21, 2009
Court Reporter: Janet Coppock                  Time: one hour and 33 minutes

---

## CASE NO.  09-cv-01421-PAB-KMT

Parties                                        Counsel

**CARL MUIR, and**                             John Nelson
**TRACY MUIR,**

                    Plaintiff (s),

vs.

**BANK OF NEW YORK, Trustee CIT**              Justin Balser
**Equity Loan Trust 2003-1, and**
**ANNA MARIA PETERS-RUDDICK,**
**Trustee for Arapahoe County,**
**Colorado**

                    Defendant (s).

---

### MOTIONS HEARING

---

**1:35 p.m.      COURT IN SESSION**

APPEARANCES OF COUNSEL.

Page Two
09-cv-01421-PAB-KMT
July 21, 2009

Mr. Nelson advises that defendant Anna Maria Peters-Ruddick has been served and has filed a notice of disclaimer.

**Plaintiffs' Motion to Remand to State Court (Doc #9), filed 7/6/09.**

**1:39 p.m.**     Argument by Mr. Nelson.  Questions by the Court.

**1:47 p.m.**     Argument by Mr. Balser.

Court states its findings and conclusions.

**ORDERED:**   Plaintiffs' Motion to Remand to State Court (Doc #9), filed 7/6/09 is **DENIED.**

Plaintiffs' Motion for Temporary Restraining Order and for Preliminary Injunction (Doc #11), filed 7/17/09.

Court will hear testimony on the Motion for Preliminary Injunction.

Discussion regarding the scope of plaintiffs witness' testimony.

**ORDERED:**   Plaintiff's witness shall be sequestered.

**1:57 p.m.**     Argument by Mr. Nelson.

**2:32 p.m.**     Argument by Mr. Balser.

**2:41 p.m.**     Rebuttal argument by Mr. Nelson.

**2:55 p.m.**     **COURT IN RECESS**

**3:22 p.m.**     **COURT IN SESSION**

Court states its findings as to the request for preliminary injunction.

**ORDERED:**   Plaintiffs' Motion for Temporary Restraining Order and for Preliminary Injunction (Doc #11), filed 7/17/09 is **DENIED.**

**3:35 p.m.**     **COURT IN RECESS**

**Total in court time:**       **93 minutes**                    **Hearing concluded**