IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Philip A. Brimmer**

Civil Action No.  09-cv-01421-PAB-KMT

CARL MUIR, and
TRACY MUIR,

     Plaintiffs,

v.

BANK OF NEW YORK, as Trustee of CIT Home Equity Loan Trust 2003-2, and
ANNA MARIA PETERS-RUDDICK, as Public Trustee for Arapahoe County, Colorado.

     Defendants.
_____

### ORDER OF DISMISSAL WITH PREJUDICE
_____

THIS MATTER comes before the Court upon the Stipulation To Dismiss Case With Prejudice [Docket No. 19].  The Court has reviewed the pleading and is fully advised in the premises.  It is

**ORDERED** that, pursuant to Fed. R. Civ. P. 41(a), this matter, and all claims asserted therein, is dismissed with prejudice, with each party to bear its own attorneys' fees and costs.

DATED September 14,  2009.

                                          BY THE COURT:

                                          S/ Philip A. Brimmer
                                          PHILIP A. BRIMMER
                                          United States District Judge